# OPINIONES PER CURIAM, ETC., RESUELTAS

## DESDE ENERO 9 A MAYO 4 DE 1905,

No. 39. GARCÍA *v.* ROIG ET AL. Apelación procedente de la Corte de Distrito de Mayagüez. Resuelta en Enero 9, 1905. Desestimada la apelación por no haber cumplido el apelante con los artículos 51 y 54 del Reglamento. Abogado del apelante: *Sr. Ramírez.*

No. 40. ROIG *v.* GARCÍA. Apelación procedente de la Corte de Distrito de Mayagüez. Resuelto en Enero 9, 1905. Desestimada la apelación por no haber cumplido el apelante con los artículos 51 y 54 del Reglamento. Abogado del apelante: *Sr. Ramírez.*

No. 27. COLÓN ET AL *v.* SUCESIÓN VILLARONGA. Apelación procedente de la Corte de Distrito de Humacao. Resuelto en Enero 9, 1905. Desestimada la apelación por no haber cumplido el apelante con el art. 54 del Reglamento. Abogado del demandante: *Sr. Bernardini.* Abogado del demandado: *Sr. Eduardo Acuña.*

No. 65. BERENGUER *v.* MARTÍNEZ ET AL. Apelación procedente de la Corte de Distrito de Mayagüez. Resuelta en Enero 11, 1905. Desestimada la apelación por no haber cumplido el apelante con el art. 54 del Reglamento. Abogados del apelante: *Sres Horton & Cornwell.* Abogado del apelado: *Sr. Smith.*

No. 32. MÉNDEZ *v.* RÍOS ET AL. Apelación procedente de la Corte de Distrito de Aguadilla. Resuelto en Enero 11, 1905. Desistido á instancia de la parte apelante. Abogado del apelante: *Sr. Vázquez.*

No. 57. MARRERO EX PARTE. Apelación procedente de la Corte de Distrito de San Juan. Resuelto en Enero 19, 1905. Desistido á instancia de la parte apelante. Abogado del apelante: *Sr. Hawkins.*